McLendon *v.* Hollis.

Practice in Supreme Court.

Simmons, J.—This case was not brought here in compliance with the act approved November 11th, 1889, and as that act provides that no case shall be brought here by bill of exceptions except in the manner prescribed therein, we are without jurisdiction to hear and determine the case made in this bill of exceptions.

March 4, 1891. Argued at the last term.     *Writ of error dismissed.*

Willis & Mathews, by brief, for plaintiff.

No appearance for defendant.